# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00270-CR

### Ex parte Humberto Sanchez Bernal

### FROM THE 147TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-DC-98-981216-A, THE HONORABLE CLIFFORD A. BROWN, JUDGE PRESIDING

## O R D E R   A N D   M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The parties have filed an agreed motion to abate the appeal and remand for agreed proceedings in the trial court. In the motion, the parties inform the Court that they have reached an agreement that relief in the initial habeas application should be granted. The parties ask the Court to remand the case to the trial court so that agreed findings of fact and conclusions of law as well as an order granting relief may be entered. As requested, we abate this appeal to allow the parties to conduct proceedings "to effectuate their agreement before the trial court." The parties shall submit either a joint status report concerning the status of the trial-court proceedings or an appropriate motion on or before October 31, 2018. The appeal will remain abated until further order of this Court.

It is so ordered on October 19, 2018.

Before Justices Puryear, Goodwin, and Bourland

Abated and Remanded

Filed:   October 19, 2018

Do Not Publish